RECEIVED
SDNY PRO SE OFFICE
2024 AUG -5  AM 9:48

U.S. District Court of New York
Southern District
New York, NY

Joseph D. Gilberti, P.E.          Case No: _____
    Petitioner,                        (New Case)

v.

United Nations; Department of Interior; Vice President Harris; City of New York; New York Port Authority; Homeland Security; Council of NY Army (Dahousie) National Advance Defense Counseling; Governor of New York; Department of Transportation; Federal Bureau of Investigations (FBI); US Congress; President Biden; United States Geological Sub~~~~~ Majority of ~~yor~~ Governor of New Jersey; Governor of Florida
    Respondents                    /

Petition for Writ of Mandamus

Comes Now, Petitioner, Joseph D. Gilberti, P.E., a Florida Licensed Professional Engineer, pursuant to FCRP, hereby files a 'Petition for Writ of Mandamus' for all Respondents to verify two secret Resources of "Spring Water from Earths Core" which provides Endless, contaminant Free, PFAS Free, Spring Water from Deep in Earth; with no Rain Dependencies. Two Locations have been submitted to Respondents over past 2-10 yrs. Washington Rock, New Jersey (Washtung Mountain) A buried volcano to serve New Jersey to New York, replacing OLD

(1)

LandTech Design Group, Inc
813-476-6000
www.GilbertiBlueGold.com

Aqueducts under New York City. Saving Risks, providing much healthier water supply; saving cost to maintain Aqueducts of approximately $100,000,000/Day; in allowing Realestate in Northern New York to open at the Catskill Mountains and upstream at the Top of Source (Of Top of Watershed).

Petitioner also request Respondents to inspect our Statewide Florida project from Tampa to Miami, with 'Primary Spring Water from Earths Core' from an Historical Yucatan Meteor Impact (KT Event) at 9438 Daughtry Road, Sarasota, FL 34266. (Tilted Platform)

Both projects have been emailed to Respondents and hand delivered to Mayor Eric Adams at City Hall, Governors Room on February 3, 2028, to Meg Lehew, in person.

Both projects can be seen on <u>Gilbech v. George Bushy et al Palm Beach</u>. Circuit 15 Case 2024-CA-016963-MB. Reasons for Writ of Mandamus are as follows:

## Factual Background

(1) Petitioner is a Licensed Civil/Mechanical Land Development Infrastructure Engineer with over 30yrs experience. Graduated from University of Florida 1993, Fla PE #56079.

(2) Both project resources have Global Oil Drillers with over 35yrs in Newark, and extensive drilling experience, Aquifer experience in New Jersey and New York. Jim Murray of Amps Aquifer Maintenance, Palm Beach, FL. Has Investigated both Projects.

(2)

## Factual Background (cont.)

(3) A Mandamus on Respondents to investigate both Resources takes only a few days. This Global Knowledge from both Resources in New Jersey (Somerset County) and Sarasota Florida allow other States and Water poor/drought/desert Nations, like the Middle East, India and Southern California, Mexico, find Endless Spring Water without Rain dependency to stop Wars, Oppression, Migrations, and Hunger.

(4) These Resources demostrate EPA Water Origin Theory, via 'Ice Comet Theory' to be replaced by 'Oceans beneath Earth Theory' to solve 'Climate Change' with the CORRECT Thermodynamic Model. Everything changes instantly and Regulators/Taxes go down. Production, Sustainability goes up. World Peace begins and World Hunger Ends.

(5) Gilberti v. Council of National Defence, NRDC, ACOE, Mandamus is docket at Tampa US Middle District of Florida, shows details and State cases (related issues) where Gov. Desantis and FBI, have, with over 150 Politicians/Judges have attack Petitioner Civil Rights, land, clients, project to Suppress this Global Knowledge to maintain Military Complex/ Big Pharma Complex profits from Middle East Wars/Eugenics at the Top. Also See: Gilberti v. Rubio, Homeland Security, et al.

(6) Nobody is moving these access points of Endless, High Flow of 'Primary Spring Water' generated from Earths Core/Mantle.

(3)

### Statement of Jurisdictional Basis

(7) This court has jurisdiction pursuant to Article III, Section 2, of the United States Constitution which empowers this court to act "all cases, in law and equity, arising under [the] Constitution." Issuance of writ of Mandamus in aid of such jurisdiction is authorized by 28 U.S. Code §1651.

### Federal and State Constitutional Provisions

(8) All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and the state wherein the reside. No state shall make or enforce any law (WATER LAWS!) which shall abridge the privileges or immunities of Citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.
US Const. Amend. XIV, §1

### Legal Standard

(9) A writ of Mandamus is an extraordinary remedy, its issuance is appropriate when necessary to vindicate the rights of citizens when a government agency or official has refused to perform a ministerial duty that the petitioner has established a clear legal right to see performed. "Respondents have purposely ignored the benifits of this Global and local deep underground endless Spring water supply to create a Water, Food, Energy crisis."

(4)

<u>Water Supply, Healthcare, Economic Sustainability, and National Defense upgrade for New York, New Jersey and Florida Peninsula per Title 50 USC §3; Title 42 USC</u>

(10) Petitioner has submitted Alignment Plans with 'Primary Water' Access to Respondents since November 2022 and met at City Hall, New York City with Mayor Eric Adams, staff member Neg Lakew, with Marine Anthony Mendez and Sal Barretta for a 900MGD delivery from Washburn Mountain at Washington Rock. See Exhibits 'A' and 'B' for NJ to NY Alignments from a buried Volcano; And the Florida Project from a Tilted Platform in Sarasota from the KT Event. See Gilberti KT Hypothesis.

(11) Both Projects allow a Massive Infrastructure, Railroad upgrades and Revenue Bond takedowns due to the "High Level of Service" (LOS) and hidden ATTACKS on Petitioner Banks and Data with Respondents tied to the final and implemented Engineering Permits/Studies/Exposures

(12) All Northern New York Watershed can be replaced by this nearby System, increasing GDP; lower Power/Water Bills; new upgraded National Defense. See Title 50 USC §3 — Duties of Council tied to both Projects, via NJ Transit and I-78 new Tracks with New York Tunnels/Port Authority upgrades from saving tax payers $100,000,000/Day wasted on old Aqua-Ducts 1, 2, & 3 subject to collapse since 1991. Stops upstream City Flooding in Northern NY.

(13) Petitioner filed <u>Gilberti v. George Bush</u>, et al in Cir 15 Palm Beach, FL to allow this Court to download official study handed to Respondents with Mayor Eric Adams office. See Case in Cir 15: 50-2024-CA-06963-MB. Also see <u>Gilberti v. Council of National Defense</u>, (5) in Tampa Middle Dist.

(14) Upgrading Water Supply to Antioxidant "Spring Water" while enhancing National Defense is the reason for the Petition for Mandamus. It take Extreme knowledge and skill, Bravery to produce those projects, under DOJ attack, with tuned Terrorism. See Gilberti v. Pentagon et al and Gilberti v. Federal Reserve et al, stonewalled by incompetent Judges/Leaders/Cops. See Title 18 USC § 241-242 and H.R. 5736 Smith Mundt Act Mod of 2012 used to attack Petitioner with Title 22 USC and Media dissemination. TEST THE RESOURCES FOR MOTIVES.

<u>Title 50 USC § 3 - Duties of Council</u>
"See Exhibit A & B"

(15) "It shall be the duty of the Council of National Defense to supervise and direct investigations and make representations to the President and the heads of executive departments as to location of <u>railroads</u> with reference to the frontier of the United States so as to render expeditious concentrations of troops and supplies. ......" These Florida and New York plans enhances our Water/Defense protection. All New York is <u>OLD</u> concrete and designs, subject to failure; the Aqueducts may have been attacked too in 9-11 attack (Bld 7?) and this system Protects over 10,000,000 people and is hidden from the Public and Respondents by Media, Eric Adams and have of New York City Council, Ron Desantis and more. Who would hide this from THE PEOPLE in an elected capacity more than 1-Day? Mandamus is warranted immediately to validate Resources.    (16) No Real Men or Leader in Nyas?!

New Jersey to New York Blue Gold Transmission (900 MGD)

WWW.GILBERTIBLUEGOLD.COM

## Exhibit A

UNDEVELOPED WATERSHED (Develope Now)

LAKES AT CATSKILL MOUNTAINS

N / W / E / S

PFAS! Poor Watershed
OLD AQUADUCTS (FAILING)

Somerset Cnty Washington Rock

$100mil/day cost gone! (to Manhattan)

NJ   17th 22nd BLUE GOLD

MANHATTAN

NJ TRANSIT n/r R/w

USA

Staten Island

NOTES:

1) reset Revenue Bonds for Water Infrastructure (GMOT)

2) Spring Water replaces Treated Water to NY/NJ.

3) SAVE $100mil/day (wholesale) **Plan** NTS

(Atlantic Ocean)

Washington Rock New Pump Station

(22' MILE TRANSMISSION down RT 78-78 to NY)
(900 MGD SPRING WATER TO TAPS)

— GILBERTI BLUE GOLD PIPELINE

WASHTUNG MOUNTAIN (OLD RWE) HILLS

9' Diameter Pipe    500' above NY    (World Trade Center) MANHATTAN

NEW YORK CITY INFRASTRUCTURE WATER DISTRIBUTION SYSTEM (EAST)

ENDLESS GLACIER WATER

NATURAL FILTER ROCK    1 2 3    400 ft below

Buried CHECK VALVES WELL PIPES

Leesburg Aquaduct Since 1991 (35 MGD) Polluted/Contaminated Treated Water (PFAS)

400 ft

BIG LAYER

WASHTUNG MOUNTAIN BURIED VOLCANO

STEAM ENGINE Providing Endless Spring Water Source to NEW YORK/NJ

NEVER ENDING SOURCE

12 00'

"PURE PRIMARY WATER" **Profile** NTS from core

(900 MGD)

(7)

Exhibit B
"Revitilization of Natural Defense of Florida Peninsula"
(Per Title 50 USC §3 – Council of National Defense)

N
W → E
S
N.T.S.

NAVY
CENTCOM
CENTRAL
COMMAND
McDill
AFB

— Tampa Ports
— CSX R/R
(Florida Peninsula)

★ LOCATION BLUE GOLD ACCESS ★
(9438 Daughtrey Road, Sarasota, Fl 34266)
GILBERTI BLUE GOLD ACCESS
(secret underground river)
ANTIOXIDANT
ENDLESS / HIGH FLOW / Permit Ready

Florida
Peninsula
(coast line)

MANATEE
Port
(Expansion)

Charlotte
Harbor

— I-75 (10 lane widening) PD:E
+ 5 new R/R TRACKS
(high speed rails)

Punta
Gorda ★

LAKE
OKEECHOBEE

OLD CSX
Railway

(2) 9" DIA
BLUE GOLD
PIPES (new)

Gulf
of
Mexico

Ft Myers

I-75
(Everglades)

SOUTHERN R/R

US Hwy 27

Port of Palm
Beach

(Atlantic
Ocean)

Naples

ALLIGATOR
ALLEY
(I-75)

Port Everglades
(Broward)

Port of Miami
(Dade)

ENGINEER NOTES
NOTES

① Railroad Alignments to I-75 (5 tracks)
to upgrade National Defense
Target to South Florida Title 50 §3.

② Antioxidant to Taps of 10,000,000 Homes
20% GDP increase (Alkaline Housing Boom)

Fla Keys

US SOUTHERN
COMMAND
Title 50 §3

③ Global underground knowledge of "Victory Army"
Water from Earth's Core, ENDLESS

④ NO PFAS or CONTAMINANTS to Taps.
WWW.GILBERTIBLUEGOLD.COM    (8)

LANDTECH DESIGN GROUP, INC
813-470-6000

Request for Relief

(16) Over 12yrs Florida Cir 12, 13, 17, 20 have filed fake police reports, tried bond takes, with H.R. 5736 staged to disseminate the public using Propaganda VIA Smith Mundt Act in Title 22 USC. All going Against Title 18 USC § 241-242, to Conspire Against America with 'Fantastic Events' with a cocky Ron DeSantis and Gary from Yale, Harvard, Notre Dame in Tampa-Sarasota Region. Some investigations point to same group tied to Sarasota 9-11 Connection, CIA, Bush Blue Gold Water Wars, And Smith Mundt Act Mod in 2012-2013 with NDAA.

(17) Petitioner has permits, access, civil infrastructure plans in Florida, delivered to US Congress for years, with FDEP Permits. Sarasota Judges with Sheriffs are hiding US National Defense Resources from New York / New Jersey and Florida Citizens with over $5,000,000 stolen in tax base in a Fraud Transfer.

See Sarasota Fraud/Title cases in Cir 12:

(See Attacks)  (open)  2015 CA 06544 NC   Gilberti v. 72 Partners (Lien)
               (open)  2011 CA 04209 NC   72 Partners v Cecil Doughty (Fraud)
               (open)  2019 CA 04532 NC   Gilberti v 72 Partners (Land Title)
               (open)  2021 CF 07559 NC   Gilberti v State (Attack) TRAPS

See Related cases in Gilberti v CDC, et al (Fed)
                     Gilberti v Pentagon, et al (Fed)
(See Attacks)        Gilberti v. Biden, et al (Fed)
                     Gilberti v. Federal Reserve, et al

All hidden and
railroaded:       (9)

Relief (cont.)

(18) All cases never allowed any investigations. Every Federal case was stonewalled from Ketanja Brown Jackson order (Fraud) that made her get promoted in DC to Supreme Ct Justice. Once Florida resource, by KT Boot with original medicinal water in Earth, tied to secret underground ocean, is verified, all cases come back, US opens more in California, Mexico, etc. New York and New Jersey can now provide similar spring water at much lower cost.

## Shutdown Aquaduct '3' Funds

(19) Petitioner request Aquaduct 3 and maintenance funds for Aquaduct 1 & 2 be halted to build a 9' Diameter Transmission from Washington Rock (Somerset County, NJ) to New York. See Exhibit 'B' and study shown in Gilberti v George Bush, et al in Palm Beach, case 50-2024-CV-06963-MB.

## FBI to investigate New York DEP and Sarasota County / Desantis

(20) Once resources are verified by USGS, NRDC and Homeland Security Petitioner proves motives of Florida DOJ frauds and illegal arrest since 2012 to date by Tampa Cir 13 (Brewburg Towers) and now Cir 12 in case 2021 CF 07559 NC. Investigate Fraud Transfer, Florida Supreme Court Case 2024-0963 Gilberti v Florida Bar, Desantis ongoing.

(10)

Relief (Cont.)

"Standard of Review / Verify Resources by Petition" →

Title 43 (§§81-506) USGS - No modern mapping of 75% of USA missing. Petitioner has secret data from old maps to "Prove Water Access"

"Takes 2-Days!"
(Change to Sustainable)

(21) Petitioner Oil Consultants, Jim Murray, Amps Aquifer Maintenance in Palm Beach, drilled wells 3/4 Earth and in Newark for 35yrs with extensive knowledge of Watchung Mountain. He also with others (Boeing/Lockheed) learned of Florida Resource hidden by Media, DOJ attacks, and Florida FBI.

(22) Title 22, 42, 43, 45, 49 and 50 USC include responsibilities of Respondents to perform this Resource(s) testing to help National Defense, Health and Welfare, Railroad Mitigation with Pipelines / DOT Capital Improvements

(23) • Title 45 Ch. 17 - Railroad Revitilization And Reform
• Title 45 (§§ 701-797m) Regional Railroad reorganization.
• Title 49 (§§ 101-80504) Department of Transportation/Ports
    Subtitle V. Rail Programs (Pts A-E)
    Subtitle VIII. Pipelines (Chs 601-605)
• Title 42 § 1900 - DOJ Programs for Science and Research
• Title 50 USC § 1 - Council of National Defense
• Title 43 USC (§§ 1451-1477) - Dept of Interior

(11)

## United Nations - Title 22 § 2152h

(24) "Assistance to provide safe water, sanitation and hygiene"
- Petitioner has found access / Global Knowledge for Middle East Wars, Hunger and oppression to End in Days.

★ See "Senator Paul Simon Water for Poor Act of 2005" Section 10 - Report to Congress regarding Water for Peace and Security.

## Department of Interior / Energy
### Title 42 § 1900 - New Energy Opportunity (CLEAN) FUSION

(25) Petitioner has water readings at 9438 Daughtrey Road, Sarasota Florida 34266, at Well No 2, approximately 2000' Ft below showing opportunity for FUSION with "Tritium and Deuterium". (Earth Based Nuclear Fusion)

(26) Deuterium occurs Naturally in water. Tritium is a radioactive Isotope of hydrogen. Petitioner has Confidential packer Test readings for such. Would unique readings show Calcium .118 mg/L and Magnesium 78 mg/L with pH = 7.49 and Chlorides below 250 mg/L with a Negative Voltage.

See: WWW.GILBERTIBLUEGOLD.COM
Joe Gilberti P.E. (PE# 52077)
813-470-6000

(12)

### No other Means to Attain Relief —

(27) Petitioner has no other means to enforce his rights. Mandamus jurisdiction of Federal District Courts extends on to officers, employees, or Agencies of the United States. See 28 U.S.C. § 1361. There is method of enforcement by Petition to State Legislature; And on local leaders, claiming water supply woes, costs of immigration; these project compromise extremely. The local corruption and apathy to help citizens is obviously growing for self serving leaders, executive positions within agencies. Suddenly Money and Votes are more important than endless intoxicant spring water supply and National Defense?

### Importance Beyond this Case

(28) Equal Rights challenges under a State's constitution to perform or not on a Professional Engineer's final an Alignment Plans to TMPs are rarely reviewed thereby potentially encouraging Audacious indifference by State Courts/Agencies, or other Courts, to enforce their organic laws/codes. Writs of Mandamus being supervisory in nature are appropriate to cure such issues. See United States v. Bertoli; 994 F.2d 1002, 1014 (3d Cir 1993). There is nothing that would render it inappropriate to issue the writ. See In re Volkswagon of America, Inc, 545 F.3d 304 (5th Cir 2008).

## Conclusion

Petitioner has found two Major National Defense Resources and produced Engineering Plans/Infrastructure Studies to require Respondents to react IMMEDIATELY, not play 12yrs with Cops, FBI, Judges, Bankers to steal, take his rights, Lands to hide the Global Knowledge from the USA, its Military, its Homes' Tape and from other Nations, to maintain Hunger, Wars, Migration.

Once a 2-Day test, pump report, OTH Video verifies both Florida and New Jersey resources; tilted Platform from Meteor Impact and Buried Volcanos; Hawaii can be (volcanoes) fixed in Days, Middle East, India desert areas have knowledge to bring Spring water up deep below without Rain; to build Agriculture and Power Distributions, with cleaner water and Energy.

Wherefore, a Writ of Mandamus must issue compelling the Respondents to contract Petitioner for access and workshops to perform test and trade knowledge, to implement Plans.

## Certificate of Service

On July 29, 2024, Petitioner mailed the foregoing by US Mail to US District Court of New York, Clerk of Court at 500 Pearl Street New York, NY 10007.

Joseph D. Gilberti, P.E. (Kidnapped)
#2024-2237                    by DOJ
Sarasota Jail                  Sarasota, FL
2020 Main Street               911 Connection
Sarasota, FL 33436             w/ Bush

oc/ City of New York
Mayor Eric Adams
FBI (Florida)

LANDTECH DESIGN GROUP, Inc
813-470-6000
WWW.GILBERTIBLUEGOLD.COM

Joe Gilbert, PE
#2021-2137
2020 Main Street
Sarasota, FL 33436

RECEIVED
SDNY PRO SE OFFICE
2024 AUG -5 AM 9:44

TAMPA FL 335
SAINT PETERSBURG FL
29 JUL 2024 PM 5 L

Southern District Court of New York
Clerk of Court
500 Pearl Street
New York, NY 10007

10007-133099

USM P3
SDNY