UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH D. GILBERTI,

                        Petitioner,

-against-

UNITED NATIONS; DEPARTMENT OF INTERIOR; VICE PRESIDENT HARRIS; CITY OF NEW YORK; NEW YORK PORT AUTHORITY; HOMELAND SECURITY; NATIONAL ALLIANCE DEFENSE; DEPARTMENT OF TRANSPORTATION; FEDERAL BUREAU OF INVESTIGATION (FBI); US CONGRESS; PRESIDENT BIDEN; GOVERNOR OF NEW JERSEY; GOVERNOR OF FLORIDA,

                        Respondents.

---

24-cv-6083(LTS)

CIVIL JUDGMENT

For the reasons stated in the January 13, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 15, 2025
             New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge